**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

        Plaintiff,                  Criminal No. 06-103 (1) (RHK/AJB)

      v.                           **ORDER FOR EXTENSION OF**
                                        **TIME TO FILE OBJECTIONS**
Jimmy Garcia                        **AND POSITION PLEADINGS**

        Defendant.

---

The Defendant's Motion for Extension of Time is **GRANTED**.

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by August 14, 2006; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by August 21, 2006.

Dated: July 25, 2006                      s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge